

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2015

No. 04-15-00325-CV

**IN THE INTEREST OF T.C.D.**, A.P.D. and P.S.D., Children

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-06301
Honorable Karen H. Pozza, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appellant's motion for extension of time to file a late notice of appeal and the notice of appeal are DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on June 24, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2015.

_Keith E. Hottle_
Keith E. Hottle, Clerk